**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
jsc@cogburnlaw.com
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
bthomas@cogburnlaw.com
9555 S. Eastern Ave, Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 669-4650
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON PARKER, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A. national association and as successor in interest of BAC HOME LOAN SERVICING, LP, a foreign limited partnership; FEDERAL HOME LOAN MORTGAGE CORP. d/b/a "FREDDIE MAC", a government sponsored entity; RECONTRUST COMPANY, N.A., an unknown foreign entity; JERRY McMILLEN, an individual; and DOES I through X, inclusive; ROE CORPORATIONS, I through X, inclusive, <br><br> Defendants. | Case No: 3:12-CV-00126 <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO DISMISS AND MOTION TO EXPUNGE LIS PENDENS** <br><br> **(First Request)** |

## STIPULATION

Plaintiff, Shannon Parker and Defendant Jerry McMillen, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  On January 5, 2012, Plaintiff filed a Complaint in the above-entitled action in The Second Judicial District Court, County of Washoe; Case No.: CV12-00039.

2.  Defendant Jerry McMillen filed a Motion to Dismiss (#3) on March 12, 2012.

3. Defendant Jerry McMillen filed a Motion to Expunge Lis Pendens (#4) on March 12, 2012.

4. Plaintiff and Defendant Jerry McMillen now stipulate and agree that Plaintiff shall have until Thursday April 5th, 2012, to file her Opposition to Defendant Jerry McMillen's Motion to Dismiss and Motion to Expunge Lis Pendens.

5. Defendant Jerry McMillen shall have until Monday April 16, 2012, to file his Reply to Plaintiff's Opposition to Defendant Jerry McMillen's Motion to Dismiss (#3) and Motion to Expunge Lis Pendens (#4).

6. Plaintiff has requested the foregoing extension, and Defendants have agreed to that request.

7. This is the first request for an extension of this deadline made by the parties.

8. This request for extension is not intended to cause any delay or prejudice to any party.

Dated this 29th day of March, 2012.

COGBURN LAW OFFICE

By: _Jamie S. Cogburn, Esq._____
   Jamie S. Cogburn, Esq.
   Nevada State Bar No.: 8409
   Byron E. Thomas, Esq.
   Nevada Bar no. 8906
   Cogburn Law Office
   9555 S. Eastern Avenue, Suite 280
   Las Vegas, Nevada 89123
   *Attorneys for Plaintiff*

Dated this 29th day of March, 2012.

WALSH, BAKER & ROSEVEAR, P.C.

By: _James M. Walsh, Esq._____
   James M. Walsh, Esq.
   Nevada State Bar No.: 796
   9468 Double R Blvd, Suite A
   Reno, NV 89521
   *Attorneys for Defendant Jerry McMillen*

*////*

*////*

*////*

*////*

*////*

COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX: (702) 943-1936

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

ORDERED that the deadline for Plaintiffs to file and serve their Opposition to Defendant Jerry McMillen's Motion to Dismiss and Defendant Jerry McMillen's Motion to Expunge Lis Pendens shall be extended to April 5, 2012.

DATED this 29th day of March, 2012.

_____
DISTRICT COURT JUDGE