# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON PARKER, an individual, | Case No.: 3:12-CV-00126-RCJ-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A., a National association, *et al.*, | |
| Defendants. | |

Presently before the Court are Defendants' Motion to Amend Schedule for Summary Judgment Motion (ECF #55), and Request for Expedited Consideration (ECF #56) filed on September 26, 2013.

IT IS HEREBY ORDERED that Defendants' Motion to Amend Schedule for Summary Judgment Motion (ECF #55) is DENIED. Plaintiff Shannon Parker shall file her motion for summary judgment on or before October 28, 2013. Defendants shall file an opposition to the motion for summary judgment on or before November 18, 2013. Plaintiff shall file a reply on or before December 2, 2013.

IT IS FURTHER ORDERED that Defendants' Request for Expedited Consideration (ECF #56) is GRANTED.

IT IS FURTHER ORDERED that Trial is set on the stacked calendar of March 4, 2014, 09:00 A.M., and Calender Call is set for February 24, 2014, 09:00 A.M., in Reno Courtroom 6, before Chief Judge Robert C. Jones.

**IT IS SO ORDERED** this 7th day of October, 2013.

_____
ROBERT C. JONES
United States Chief District Judge